UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 2064
NEWARK, NJ 07101
973-645-3827

May 31, 2018

## LETTER OPINION-ORDER

Re:  D.E. 18, Motion to Appoint Pro Bono Counsel
   WILSON v. BOYD et al
   Civil Action 17-cv-07943 (SDW)(SCM)

Dear Litigants:

This matter comes before the Court upon review of Plaintiff Shamar Wilson's ("Mr. Wilson") Motion to Appoint *Pro Bono* Counsel.[1] The Court has reviewed Mr. Wilson's Motion and for the reasons set forth herein it is **denied**.

This Court denied Mr. Wilson's previous motion for the appointment of *pro bono* counsel[2] after analyzing the *Tabron*[3] factors. Mr. Wilson's second motion to appoint *pro bono* counsel does not provide any new information that would change the Court's analysis. Here, Mr. Wilson repeats the same arguments. Because Mr. Wilson's motion is duplicative of his prior motion,[4] the Court denies this motion for the same reasons it outlined in its Letter Order[5] on Mr. Wilson's first motion.

The Court is, as always, sympathetic to any disadvantages of the parties that come before it. Accordingly, the Court will closely monitor the considerations raised by Mr. Wilson's Motion for Pro Bono Counsel throughout case management and, as the case moves forward, it may exercise its discretion to appoint counsel *sua sponte* should any of the above discussed considerations change.[6]

As the *Tabron* factors weigh against appointment for Mr. Wilson's first motion, the Court

---

[1] (ECF Docket Entry No. ("D.E.") 18, Pl.'s Mot. ).

[2] (D.E. 10, Order, December 22, 2017).

[3] *Tabron v. Grace*, 6 F.3d 147, 156 (3d Cir. 1993).

[4] (D.E. 4,Pl.'s Mot.).

[5] (D.E. 10, Order, December 22, 2017).

[6] *See Tabron*, 6 F.3d at 156; *Christy*, 216 F. Supp. 2d at 406.

will deny Mr. Wilson's second motion as well.

The Clerk of the Court shall mail a copy of this decision to Mr. Wilson.

**IT SO ORDERED.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

5/31/2018 2:37:56 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File

SHAMAR WILSON
J201606204/517203E
31 PETTICOAT LANE
ANNANDALE, NJ 08801