# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Chambers of**
**STEVEN C. MANNION**
United States Magistrate Judge

Martin Luther King Jr, Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 645-3827

November 29, 2018

## LETTER OPINION-ORDER

**Re:   Wilson v. Boyd, et al**
**Civil Action No. 17-cv-7943 (SDW)(SCM)**

Dear Litigants:

There has been no docket activity in this case from Plaintiff Wilson since April 10, 2018 and fact discovery closed on September 28, 2018. Plaintiff Wilson and Alan Ruddy, Esq. shall file their respective status letters with the Court within 14 days.

**IT SO ORDERED.**

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

11/29/2018 3:01:04 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties

Shamar Wilson
J201606204/517203E
31 Petticoat Lane
Annandale, NJ  08801